Dear Mahoney & AUSA Amundson

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 23 2022 ★
BROOKLYN OFFICE

I write this letter to inform you both I cannot meet the deadline on Celli v BOP b/c I need time to get the information and I need another Prisoner Authorization for 22-cv 5385 (I only had 4 days)

Thanks for actually sending documents for 22cv 5385 b/c SDNY didn't

Thanks
Luci cel

Please pay attention to what document needs to be placed on which docket

22-cv-5385
19-cr 127
22-cv-04646
~~most~~ most belong to this one

Please, if possible send a ~~se~~ docket sheet for 22-cv 04646 as I ~~make use~~ want to make sure my documents are labeled right and all appear

Lugo Celli
FMC Lexington
91241-053
P.O. Box 14500
Lexington KY 40512



Clerk's office/Pro se

91241-053
Edny Edny
225 Cadman PLZ E
Brooklyn Heights, NY 11201
United States

7022 0410 0002 3373 4332



LEXINGTON P&DC 405
TUE 20 SEP 2022