UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
LUCIO CELLI,

               Petitioner,

-v-

FEDERAL BUREAU OF PRISONS,
CENTRAL OFFICE,

               Respondent.
-----------------------------------------------------------x

ORDER
22-CV-05385 (EK)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 28 2022 ★
BROOKLYN OFFICE

ERIC R. KOMITEE, United States District Judge:

On September 9, 2022, Petitioner Lucio Celli, who is presently incarcerated at the Federal Medical Center Lexington, filed the instant *pro se* petition pursuant to 28 U.S.C. § 2241 (ECF No. 1.) By letter dated September 9, 2022, the Court informed Petitioner that his submission was deficient as he failed to pay the Court's filing fee or to submit an application to proceed *in forma pauperis.* ("IFP") (ECF No. 2.) Petitioner was instructed that in order to proceed, he must within 14 days pay the filing fee or fill out the IFP application which was annexed to the Court's letter. (*Id.*) On September 23, 2002, Petitioner submitted a letter asking for an extension of time to comply with the Court's directive. Accordingly, Petitioner is granted an extension of time until October 12, 2022, to pay the $5.00 filing fee[1] or to file a request to proceed IFP, or the action will be dismissed. The Clerk of Court is directed to include an IFP application with this Order and to note the mailing on the docket.

SO ORDERED.

                                      /s/ Eric Komitee
                                      ERIC KOMITEE
                                      United States District Judge

Brooklyn, New York
September 28, 2022

---

[1] As Petitioner filed a 28 U.S.C. § 2241 petition, the filing fee is $5.00 not $402.00 as erroneously stated in the Court's September 9, 2022 letter. Petitioner is informed that a Prison Litigation Reform Act ("PLRA") authorization form is not required for a § 2241 petition.