TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A

----

FROM: 91241053
TO: Celli, Gino
SUBJECT:
DATE: 10/07/2022 01:16:38 PM

Celli v. BOP 22-cv 05385

Recvd on 11/9/2022 SG



Celli v. BOP
22-cv-05385

Dear Judge Komitee and Judge Bloom:

I received the order that Judge Komitee provided me with extra time. However, I do not need the extra time because EDNY was paid the 5 dollars, by the BOP, with no of 2539. In addition, the Eastern District of Kentucky has jurisdiction because I am being held in custody at the time that I filed.

Therefore, I withdraw my the above-referenced petition because the Eastern District of New York does not have jurisdiction when I filed my petition pursuant to 28 USC sec. 2241

Thanks,
Lucio Celli

91241-053
FMC Lexington
Lexington KY PO Box 14500
40512

USMS



CERTIFIED MAIL
7022 0410 0002 3373 4615

⇔91241-053⇔
Edny Edny
225 Cadman PLZ E
Brooklyn Heights, NY 11201
United States